OIL REFINING CORPORATION OF AMERICA, Appellant, v. BERNARD ORMONT and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

GEORGE H. BENSON, Appellant, v. GEORGE W. FANNING and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order.   Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

AARON LEVITT and Another, Respondents, v. BENJAMIN WIENER and Another, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order.   Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK by JESSE S. PHILLIPS, as Superintendent of Insurance of the State of New York (CASUALTY COMPANY OF AMERICA).   In the Matter of the Claim of CLAUDE M. BADGLEY (Miscellaneous Claim No. 1).— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK by JESSE S. PHILLIPS, as Superintendent of Insurance of the State of New York (CASUALTY COMPANY OF AMERICA).   In the Matter of the Claim of CLAUDE M. BADGLEY (Miscellaneous Claim No. 1).— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

BALTIC STATES BANK, Respondent, v. JOSEPH HILTON, INC., and Another, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order.   Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD BRAVERMAN, Appellant.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MAMET & KAM FUR DYEING CO., INC., Appellant, v. ALBERT TANZER, INC., Respondent.— Application denied, with ten dollars costs, and stay vacated.   Order signed.   Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

SAMUEL BERNSTEIN, Respondent, v. CARRIE P. SAGER and Others, Appellants.— Application denied, with ten dollars costs, and stay vacated.   Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

SAMUEL B. HOWARD, Respondent, v. VANDERBILT GARAGE, INC., Appellant.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke. P. J., Dowling, Smith, McAvoy and Martin, JJ.

LOUIS SCHLEIFER and Another, Respondents, v. PROVIDENCE WASHINGTON INSURANCE COMPANY OF PROVIDENCE, R. I., Appellant.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

WALKER RIKER, Respondent, v. EDWARD A. THOMPSON, Appellant.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

FRANCES RIKOR, Respondent, v. EDWARD A. THOMPSON, Appellant.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.